UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60946-SINGHAL/VALLE

RMB ALQUILERES, S.A,

    Plaintiff,

v.

KMR AVIATION SERVICES INC.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This cause comes before the Court upon Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs (ECF No. 20) (the "Motion"). Plaintiff was represented by the law firm of Aero Law Center in connection with this breach of contract litigation. *See generally* (ECF No. 20). United States District Judge Raag Singhal has referred the Motion to the undersigned for appropriate disposition. (ECF No. 24).

Having reviewed the Motion, and being otherwise fully advised in the matter, the undersigned recommends that the Motion be **DENIED** for the reasons set forth below.

### I.    BACKGROUND

Plaintiff RMB Alquileres, S.A. ("Plaintiff") filed its Complaint for Damages (the "Complaint") against Defendant KMR Aviation Services Inc. ("Defendant") arising from a 2021 Settlement Agreement between the parties.[1] *See generally* (ECF No. 1). Defendant failed to respond to the Complaint or otherwise appear in the action. On November 9, 2021, the District

---

[1] All capitalized terms shall have the same meaning as in the Motion and Complaint. *See* (ECF Nos. 1, 20).

Judge granted Plaintiff's Motion for Default Final Judgment and entered a Final Judgment in favor of Plaintiff and against Defendant for $200,000. (ECF Nos. 11, 12). On November 3, 2022, almost one year after the Final Judgment, the instant Motion followed. In the Motion, Plaintiff seeks $10,362.50 in attorneys' fees and $617 in costs. *See* (ECF No. 20 at 1).

## II.     DISCUSSION

Federal Rule 54(d) and Local Rule 7.3 both require that motions for attorneys' fees be filed after judgment has been entered by the Court. Fed. R. Civ. P. 54(d)(2)(B)(i) (directing that motion for fees "must . . . be filed no later than 14 days after the entry of judgment"); S.D. Fla. L. R. 7.3(a) ("A motion for an award of attorneys' fees . . . shall be filed within sixty (60) days of the entry of the final judgment or order giving rise to the claim"). The Eleventh Circuit has also confirmed that the 60-day time limit of Local Rule 7.3 governs cases in this District. *Tire Kingdom, Inc. v. Morgan Tire & Auto, Inc.*, 253 F.3d 1332, 1335 (11th Cir. 2001).

Here, the Final Default Judgment was entered on November 9, 2021. *See* (ECF No. 12). Therefore, Plaintiff's deadline to file a motion for fees and cost expired on January 10, 2022—60 days from the date of the Final Judgment.[2] Plaintiff, however, did not file its Motion until November 2022. Accordingly, the Motion is untimely.

Moreover, Plaintiff's representation that the Motion was "timely served" in draft form on Defendant prior to its filing as required under Local Rule 7.3(b), *see* (ECF No. 20 at 3), is irrelevant to the undersigned's determination of timeliness. Without explanation or good cause, Plaintiff has failed to comply with the 60-day timing requirement of Local Rule 7.3(a).

---

[2] Sixty days from November 9, 2021 falls on Saturday, January 8, 2022. Pursuant to the Federal Rules of Civil Procedure, the deadline extends to the first business day, Monday, January 10, 2022. Fed. R. Civ. P. 6(a).

### III.     RECOMMENDATION

For the reasons set forth above, the undersigned recommends that Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs (ECF No. 20) be **DENIED**.

Within **fourteen (14)** days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this District.  28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b).  Failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation.  11th Cir. R. 3-1 (2022); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on January 30, 2023.

                                                      ALICIA O. VALLE
                                                     UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
    All counsel of record