UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60946-CIV-SINGHAL/Valle

RMB ALQUILERES, S.A.,

    Plaintiff,

v.

KMR AVIATION SERVICES, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to District Judge (DE [30]) issued on January 30, 2023. Therein, Magistrate Judge Valle considered Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs and Incorporated Memorandum of Law (DE [20]). Magistrate Judge Valle recommends Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs and Incorporated Memorandum of Law (DE [20]) be denied.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [30]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record

and has made a *de novo* review of the issues. No objections to the Report and Recommendation (DE [30]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to District Judge (DE [30]) is **AFFIRMED** and **ADOPTED** as follows:

1. Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs and Incorporated Memorandum of Law (DE [20]) is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of February 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF