UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60946-CIV-SINGHAL/Valle

RMB ALQUILERES, S.A.,

    Plaintiff,

v.

KMR AVIATION SERVICES, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to District Judge (DE [43]). Therein, Magistrate Judge Valle considered Plaintiff's Motion Against Garnishee Wells Fargo Bank, N.A. (DE [32]) and recommended it be granted. Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation to District Judge (DE [43]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation to District Judge (DE [43]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to District Judge (DE [43]) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion Against Garnishee Wells Fargo Bank, N.A. (DE [32]) is **GRANTED as follows**:

1. Garnishee Wells Fargo Bank, N.A. ("Garnishee") is hereby **DIRECTED** to disburse **the total amount of $28,321.01** ("Garnished Funds") to Plaintiff c/o Aero Law Center **within five (5) days of this Order**, for which let execution issue immediately.

2. Garnishee shall disburse the Garnished Funds via wire transfer to the following IOLTA account:[1]

    Ewing Legal Group, PA d/b/a Aero Law Center
    Account#: 801227930
    ABA Routing and Transit #: 267 084 131
    Swift International #: CHASUS33
    JP Morgan Chase Bank, N.A.
    790 E. Broward Blvd., Fort Lauderdale, Florida 33301

3. All wire fees shall be reimbursed to Garnishee by counsel for Plaintiff **within ten (10) days** of receipt of an invoice by Garnishee for such amount.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of May 2023.

    _____
    RAAG SINGHAL
    UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

---

[1] THE COURT HAS ADOPTED THE IOLTA ACCOUNT INFORMATION DIRECTLY FROM THE PROPOSED ORDER FILED AT (DE [32-1]). The Parties MUST verify the accuracy of the wiring information prior to actually wiring any funds.