UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**RMB ALQUILERES, S.A.,**

        Plaintiff,

v.   Case No.: 0:21-CV-60946

**KMR AVIATION SERVICES INC.**

        Defendant.

_____ /

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND ATTEND DEPOSITION; AND MOTION FOR DEPONENT TO APPEAR VIA ZOOM TELECONFERENCE**

Plaintiff, RMB ALQUILERES, S.A. ("RMB"), by and through its undersigned counsel, pursuant to the Federal Rules of Civil Procedure and Local Rule 7.1, hereby files this its Response in Opposition to DEFENDANT'S EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND ATTEND DEPOSITION; AND MOTION FOR DEPONENT TO APPEAR VIA ZOOM TELECONFERENCE, and further states as follows:

1. Plaintiff obtained a Consent Final Judgment against Defendant KMR AVIATION SERVICES, INC., in November of 2021. *See* DE 12.

2. Plaintiff requires discovery from Mr. Marten in order to obtain information to assist in its judgment collection efforts against Defendant.

3. On November 21, 2022, Plaintiff issued a subpoena to Mr. Marten for deposition. *See Deposition subpoena attached as Exhibit A.*

1

aero Law Center

FT. LAUDERDALE-H'WOOD INT'L AIRPORT, 1100 LEE WAGENER BLVD., SUITE 211, FT. LAUDERDALE, FL 33315  |  T. 954.400.4643  |  F. 954.210.8431  |  SERVICE@AEROLAWCENTER.COM

4. Although KMR AVIATION SERVICES, INC. is a party, in an abundance of caution, the undersigned issued a subpoena to Mr. Marten compelling attendance at an oral deposition on December 21, 2022. *See Exhibit A.*

5. Mr. Marten was served on December 12, 2022. *See Proof of Service attached as Exhibit B.*

6. Mr. Marten failed to contact the undersigned or appear at his December 21, 2022 deposition.

7. On May 5, 2023 this Honorable Court stated, "Thus, Mr. Marten will be given another opportunity to comply with the Court's Orders on post-judgment discovery." See DE 44.

8. Furthermore, the Court Ordered, "Thus, within **seven days** from the date of this Order, the parties must in good faith telephonically meet and confer to: (a) schedule the deposition of Defendant/Judgment Debtor's CEO, which must be held within 45 days from the date of this Order…" See DE 44.

9. The parties complied with the Order and the undersigns office coordinated with Mr. Marten directly to coordinate the deposition date, time and place.  DE 46.

10. Following the conversation with Mr. Marten wherein he agreed to the date, time and place of the deposition a Notice of Compliance was filed with the Court.  DE 47.

11. The case has been pending for over a year [DE 1], the deponent has been ordered to appear for his deposition [DE 44] and on the eve of Mr. Marten's mutually agreed upon deposition date, time and place, he has obtained counsel.

aero Law Center

FT. LAUDERDALE-H'WOOD INT'L AIRPORT, 1100 LEE WAGENER BLVD., SUITE 211, FT. LAUDERDALE, FL 33315  |  T. 954.400.4643  |  F.  954.210.8431  |  SERVICE@AEROLAWCENTER.COM

12. The timing of hiring an attorney and the request for an extension of time to appear for the deposition appear to be nothing more than a delay tactic and another attempt to ignore this Court's ruling.

13. The deposition is narrowly tailored to discuss assets.  "In a post-judgment scenario, the creditor has the right to discover any assets the debtor might have that could be subject to levy or execution to satisfy the judgment, or assets that the debtor might have recently transferred. *Am. Univ. of Caribbean v. Tien*, No. 04-CV-20834, 2022 WL 1801207, at *1 (S.D. Fla. June 2, 2022) (citation and quotation omitted)." DE 44.

14. Given the narrow scope of the deposition, the preparation for a deposition of this nature would be minimal.

15. "Courts possess inherent power to enforce compliance with their lawful orders through civil contempt." *Mesa v. Luis Garcia Land Serv., Co.,* 218 F.Supp.3d 1375, 1379-80 (S.D. Fla. 2016) (*citing Citronelle-Mobile Gathering, Inc. v. Watkins,* 943 F.2d 1297, 1301 (11th Cir. 1991)).

WHEREFORE, Plaintiff respectfully requests this Court enter an order denying Defendant's Expedited Motion for Extension of Time to Respond to Discovery and Attend Deposition; and Motion for Deponent to Appear Via Zoom Teleconference and such other and further relief as is deemed just in these premises.

Respectfully submitted this 15th day of June, 2023

> AERO LAW CENTER
> *Attorneys for Plaintiff*
> Ft. Lauderdale-Hollywood Int'l Airport
> 1100 Lee Wagener Blvd., Suite 211
> Fort Lauderdale, FL 33315
> Phone:(954) 400-4643
> Email: ewing@aerolawcenter.com
>         service@aerolawcenter.com

3

FT. LAUDERDALE-H'WOOD INT'L AIRPORT, 1100 LEE WAGENER BLVD., SUITE 211, FT. LAUDERDALE, FL 33315  |  T. 954.400.4643  |  F.  954.210.8431  |  SERVICE@AEROLAWCENTER.COM

By: _____/Jonathan A. Ewing/_____
JONATHAN A. EWING, BCS
FLORIDA BAR NO.: 40972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served in compliance with Fla. R. Jud. Adm. 2.516 on June 16, 2023 to all parties on the attached service.

*/s/ Jonathan A. Ewing*
Jonathan A. Ewing

## SERVICE LIST

Lyudmila (Luda) Kogan
KOGAN LAW P.A.
1835 E. Hallandale Beach Blvd., Unit 444
Hallandale, FL 33009
Phone: (954) 433-6100
Facsimile: (954) 433-6122
Primary: luda@koganlawpa.com
Secondary: Admin@koganlawpa.com

4

FT. LAUDERDALE-H'WOOD INT'L AIRPORT, 1100 LEE WAGENER BLVD., SUITE 211, FT. LAUDERDALE, FL 33315  |  T. 954.400.4643  |  F. 954.210.8431  |  SERVICE@AEROLAWCENTER.COM