## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

**RMB ALQUILERES, S.A.,**

       Plaintiff,

v.                                    Case No.: 0:21-CV-60946

**KMR AVIATION SERVICES INC.**

       Defendant.

_____ /

## **NOTICE OF COMPLIANCE WITH COURT ORDER [DE 52]**

      Plaintiff, RMB ALQUILERES, S.A., by and through its undersigned attorney, hereby files this Notice of Compliance with Court Order [DE 52] Paperless Order Granting in Part. The parties have telephonically conferred and the deposition of Defendant/Judgment Debtor's CEO, Paul Marten of KMR Aviation Services, Inc., has been set for July 11, 2023 at 10AM. 1100 Lee Wagener Blvd., Suite 211 Fort Lauderdale, FL 33315. The Notice of Deposition Duces Tecum in Aid of Execution has been served upon Defendant, KMR Aviation Services, Inc. via email as provided in the service list below.

      Respectfully submitted June 21, 2023.

                                  AERO LAW CENTER
                                  *Attorneys for Plaintiff*
                                  Ft. Lauderdale-Hollywood Int'l Airport
                                  1100 Lee Wagener Blvd., Suite 211
                                  Fort Lauderdale, FL 33315
                                  Telephone:  (954) 400-4643
                                  Facsimile:   (954) 210-8431
                                  Email:       ewing@aerolawcenter.com

1



ragland@aerolawcenter.com  
service@aerolawcenter.com

By: /Jonathan A. Ewing/
JONATHAN A. EWING, BCS
Florida Bar No.: 40972
TAMI A TRIMMING, ESQ
Florida Bar No.: 85530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on June 21, 2023, to all parties on the attached service.

/s/ Jonathan A. Ewing
Jonathan A. Ewing, B.C.S.
Florida Bar No. 040972

## SERVICE LIST

Lyudmila (Luda) Kogan
KOGAN LAW P.A.
1835 E. Hallandale Beach Blvd., Unit 444
Hallandale, FL 33009
Phone: (954) 433-6100
Facsimile: (954) 433-6122
Primary: luda@koganlawpa.com
Secondary: Admin@koganlawpa.com

FT. LAUDERDALE-H'WOOD INT'L AIRPORT, 1100 LEE WAGENER BLVD., SUITE 211, FT. LAUDERDALE, FL 33315  |  T. 954.400.4643  |  F. 954.210.8431  |  SERVICE@AEROLAWCENTER.COM